# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jennifer Simoni

                        Plaintiff,

v.                                                     Case No.: 1:25−cv−00795

                                                                    Honorable Lindsay C. Jenkins

Hi−Tech Pharmaceuticals Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Status hearing held. Plaintiffs' counsel appeared in person and by telephone. Defendants' motion to dismiss [22] is entered and continued. Plaintiffs' response is due by June 6, 2025; reply is due by June 27, 2025. Rule 26(a)(1) disclosures shall be served by June 2, 2025. Initial written discovery requests shall be served by July 1, 2025. Fact discovery shall be noticed in time for completion by May 6, 2026. Any requests to amend the pleadings must be made by January 6, 2026. By December 15, 2025, the parties shall file a status report as to the progress of fact discovery, including whether fact discovery appears on track to close on time. If the parties would like a settlement conference before the Magistrate Judge, they should contact the Courtroom Deputy for a referral. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.