# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jennifer Simoni

                Plaintiff,

v.                                         Case No.: 1:25−cv−00795

                                                        Honorable Lindsay C. Jenkins

Hi−Tech Pharmaceuticals Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants' motion to dismiss [22] is granted in part for lack of subject matter jurisdiction under Rule 12(b)(1). The court declines to resolve the motion on Rule 12(b)(6) grounds. Those Defendants who adopted or joined in the motion on Rule 12(b)(1) grounds [32] [41] are also granted. See attached order for further details. The complaint is dismissed without prejudice. If Plaintiff wishes to do so, she may file an amended complaint by October 1, 2025. If no amended pleading is filed by that date, the dismissal will convert to one with prejudice. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.