# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jennifer Simoni

                              Plaintiff,

v.                                                             Case No.: 1:25−cv−00795

                                                                        Honorable Lindsay C. Jenkins

Hi−Tech Pharmaceuticals Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motions to strike and dismiss did not include a proposed briefing schedule as required by the court's standing order, so the court sets the following schedule: Plaintiff's response is due by November 14, 2025 and Defendants' reply is due by November 24, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.