**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Jennifer Simoni

                                  Plaintiff,

v.                                                           Case No.: 1:25–cv–00795
                                                             Honorable Lindsay C. Jenkins

Hi–Tech Pharmaceuticals Inc., et al.

                                  Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 21, 2026:


     MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to strike [50] is denied. The motion to dismiss [51] is granted in part and denied in part. See the attached order for further details. Claims premised on Plaintiff's purchase of Creatine Monohydrate are dismissed for lack of standing. Plaintiff's claims for violation of the ICFA (Count One) and for unjust enrichment (Count Three) are dismissed against Defendant Hi–Tech Nutraceuticals, LLC only, and the clerk shall terminate Defendant Hi–Tech Nutraceuticals, LLC from this action. These claims survive as to Defendant Hi–Tech Pharmaceuticals and the Influencer Defendants. The Illinois Uniform Deceptive Trade Practices Act claim (Count Two), the negligent misrepresentation claim (Count Four), and the breach of express warranty claim (Count Five) are all dismissed as to all Defendants. The negligent misrepresentation claim is barred by the economic loss doctrine as to Defendant Hi–Tech Pharmaceuticals; the dismissal of the remainder of these claims is without prejudice. If Plaintiff wishes to amend her complaint as to Counts Two, Four or Five consistent with this order and Rule 11, she may do so by May 5, 2026. If no amendment is filed, then Hi–Tech Pharmaceuticals and the Influencer Defendants answers to Counts One and Three are due by May 12, 2026. Regardless of whether Plaintiff amends, the parties should resume fact discovery and by June 5, 2026 they should jointly update the court on the status of fact discovery and propose a close of fact discovery deadline. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.